IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED

OCT 1 8 2023

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:23-CR-112  JCB-JDL |
| | § | FILED UNDER SEAL |
| STEVEN DUANE CHANDLER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited
Person)

On or about August 16, 2023, in Van Zandt County, the Eastern District of Texas,

**Steven Duane Chandler**, defendant, did knowingly and unlawfully possess in and

affecting interstate or foreign commerce, a firearm, to wit, a Lorcin Model L380, .380

caliber pistol, while knowing that he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, to wit:  Unauthorized Use of a Vehicle in

the 294th District Court, Van Zandt County, Texas, in Cause No. 15,895, on October 6,

1998; Unauthorized Use of a Vehicle in the 294th District Court, Van Zandt County,

Texas, in Cause No. 15,896, on October 6, 1998; Possession of a Controlled Substance in

the 86th District Court, Kaufman County, Texas, in Cause No. 25009-86, on January 18,

2007; Assault on a Peace Officer in the 294th District Court, Van Zandt County, Texas,

in Cause No. CR06-00225, on March 4, 2008; Aggravated Assault with a Deadly

Weapon in the 294th District Court, Van Zandt County, Texas, in Cause No. CR06-00224, on September 2, 2008; Burglary of a Habitation in the 294th District Court, Van Zandt County, Texas, in Cause No. CR07-00139, on September 2, 2008; and Possession of a Controlled Substance in the 294th District Court, Van Zandt County, Texas, in Cause No. CR17-00354, on March 12, 2019;

In violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

1.   any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violations;

2.   any of the defendant s property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

**Firearms/Ammunition:**

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

- a Lorcin, Model L380, .380 caliber pistol, serial number 071389.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;
(b)   has been transferred or sold to, or deposited with a third person;
(c)   has been placed beyond the jurisdiction of the court;
(d)   has been substantially diminished in value; or
(e)   has been commingled with other property which cannot be

subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
ALAN R. JACKSON
Assistant United States Attorney

19 OcT 2023
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA     §
       §   No. 2:23-CR-___
v.        §
       §
STEVEN DUANE CHANDLER     §

## **NOTICE OF PENALTY**

### **Count One**

Violation:        18 U.S.C. § 922(g)(1).

Penalty:        Imprisonment of not more than fifteen (15) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

        If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $100.00